Peter K. Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM L.L.C.**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | Case No: 3:17-cv-06034-WHO |
| Plaintiff, | |
| v. | **DECLARATION OF THERESA BROOKE IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE** |
| RK INVESTMENT PROPERTIES INC., | |
| Defendant. | |

I, Theresa Brooke state as follows:

1. I am the named Plaintiff in the above-captioned matter.

2. I am submitting this declaration in support of Plaintiff's Response to the Court's Order to Show Cause.

3. I live my life in a wheelchair because, in 2013, I had my leg amputated to prevent lymphedema from spreading to the rest of my body.

4. I travel both for pleasure and as a tester and private enforcer of the Americans with Disabilities Act. Although it is my understanding that the Ninth Circuit has overruled cases requiring "personal knowledge" of ADA violations, it is my personal preference to visit hotels to test for ADA compliance in person.

5. I answer the Court's specific questions from the Order to Show Cause.

6. ***Number of Visits I have Made to California In Past Three Months***: Although the Court asks only for the last three months, I would like to provide my visits to California for the past nine months to show how often I travel.  During this time, I have visited California eight times and the Bay Area six times:

| Approximate Dates | Location |
|---|---|
| April 24 - 25, 2017 | Ontario, CA, staying at the Best Western Plus, Ontario. |
| May 24 – 25, 2017 | Bay Area, staying at the Fairfield Inn, San Carlos, CA. |
| July 8 – 9, 2017 | Bay Area, staying at The Mission Inn, Santa Clara, CA. |
| August 6 – 8, 2017 | Bay Area, staying at the Courtyard Vallejo, Vallejo, CA and Courtyard Richmond, Richmond, CA |
| September 12 – 13, 2017 | Bay Area, staying at Holiday Inn Express, Lathrop, CA due to inability to find an available room in the East Bay Area. |
| November 1, 2017 | Bay Area, have travel flight records but unable to remember the hotel at which I stayed. |
| December 30 – 31, 2017 | Bay Area, staying at The Mission Inn, Santa Clara, CA but visiting Oakland and Emeryville. |
| January 13 – 14, 2018 | Fresno, staying at the Radisson Fresno Downtown. |

7. ***Plans for future trips***:  My husband and I intend to travel to California four times between now and June.  We tentatively plan on traveling to the following locations.  We typically finalize our travel plans a week to a few days in advance.

| Month | Location |
|---|---|
| February 2018 | Bakersfield (one night) and Oakland/East Bay (one night) |
| March 2018 | Oakland/East Bay (one night) (dependent on availability of facilities) |
| April 2018 | Santa Barbara (three nights) |
| June 2018 | Fresno (one or two nights) and Oakland/East Bay (one night) (dependent on availability of facilities) |

8. **Dates I Checked the Imperial Inn Website**: I checked the Imperial Inn's website (www.imperialinnoakland.com) approximately five days prior to the commencement of this lawsuit on October 21, 2017.

9. When I checked the Imperial Inn's website, I checked availability for ADA-compliant rooms for several dates, but none appeared to be available on the Imperial Inn's website.

10. I checked the Imperial Inn's website again on January 24, 2018, after this Court issued the Order to Show Cause, and the website does not provide information on availability of ADA-compliant rooms.

11. I do not intend on using the Imperial Inn's website to book accommodations at the Imperial Inn and do not intend to stay at the Imperial Inn, including during my potential trip to Oakland in March or June 2018, until Defendant cures the ADA deficiencies by providing information on ADA-compliant rooms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of January, 2018

Theresa Brooke