Peter K. Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM L.L.C.**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>RK INVESTMENT PROPERTIES INC., a California corporation dba Imperial Inn,<br><br>Defendant. | Case No: 3:17-cv-06034-WHO<br><br>**DECLARATION OF PETER K. STROJNIK IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE FILED** |

I, Peter Kristofer Strojnik, state as follows:

1.  I am an attorney at The Strojnik Firm LLC, and represent Plaintiff Theresa Brooke in this action.

2.  I am submitting this declaration in support of Plaintiff's Response to the Court's Order to Show Cause.

3.  Plaintiff's cases that have settled in the Federal District Court for the Northern District of California since the first quarter of 2017 typically take the following steps.

4.  First, Counsel performs a pre-suit investigation, either visiting the hotel to verify that there is a barrier access (with Plaintiff or after Plaintiff has visited the hotel),

or verifying that the hotel website Plaintiff has identified precludes the booking of ADA-compliant accommodations. This step also includes the often convoluted process of identifying the appropriate defendant through title searches, internet searches, and phone calls.

5. Second, after the investigation, Counsel prepares the summonses and complaint to be filed and served on Defendant. Counsel also emails a copy of each complaint filed to the California Commission on Disability Access.

6. Third, Counsel receives e-mail or telephonic communications with defense counsel, or defendant in the case of self-represented defendants. In cases that have settled in the Northern District, this is followed by discussions on liability, settlement discussions, drafting, and negotiating a final settlement agreement.

7. Plaintiff's settlements in the Northern District are global settlements that provide for a lump sum reflecting Plaintiff's damages, fees, and costs arising from the lawsuit.

8. Moreover, Plaintiff's settlements in the Northern District generally allow defendants a full calendar year to complete remediation where the settlement that involves injunctive relief. Plaintiff and Counsel intend, however to send courtesy letters to defense counsel, requesting evidence of compliance with the remediation terms, for each of the cases at the end of 2018 for cases settled in 2017.

9. As a general matter, Counsel does not maintain time records for matters that settle because of his familiarity with the amount of time involved in investigating, filing, discussing, negotiating, and settling such matters. Instead, Counsel maintains time records on matters that do not settle and require additional pleadings, like the above-captioned matter.

10. As part of the Order to Show Cause, the Court has requested that Counsel "[f]ile a statement identifying for each Northern District case plaintiff has voluntarily dismissed as a result of a settlement from August 1, 2017 to date, the nature of the injunctive relief sought in each complaint, and the injunctive relief (if any) secured in the

settlement, and all steps plaintiff or her counsel have taken to ensure that injunctive relief has been satisfied in each case."

11. The statement requested by the Court is attached as **Table 1**. Counsel's ability to provide the requested information has been affected by a hack of The Strojnik Firm L.L.C.'s domain and Counsel's e-mail address on or about November 21, 2017. Counsel is attempting to locate details regarding the nature of injunctive relief obtained in settlement for some of the cases listed in **Table 1**. Nearly every settlement requires remediation unless there is a serious disagreement as to readily achievability, which is uncommon.

12. As part of that Order to Show Cause, the Court has requested that Counsel "[s]ubmit for *in camera* review a list of the attorney's fees (hourly rates charged and total amount secured) and costs for each Northern District case plaintiff has voluntarily dismissed as a result of settlement from August 1, 2017 to date."

13. The list requested by the Court is submitted for *in camera* as **Table 2** to this Affidavit and is therefore not included in the publicly-filed version of this Affidavit. As noted above in Paragraph 11, Counsel is still in the process of attempting to locate details regarding settlements that were lost as part of a hack of The Strojnik Firm L.L.C.'s domain and Counsel's e-mail address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of January, 2018.


/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)

**TABLE 1**

**Voluntary Dismissals Since August 1, 2017**

| | Case No.<br>(Defendant Name) | Barrier for which<br>Injunctive Relief Sought | Injunctive Relief<br>Settled |
|---|---|---|---|
| 1. | 3:18-cv-00088-WHA<br>(Balaji Enterprises LLC) | Lobby loading zone access. | Removal of barrier at lobby loading zone |
| 2. | 3:17-cv-06815-MEJ<br>(Rohnert Park Rodeway Inn LP) | Lobby counter and disabled parking spots | Lower lobby counter and add disabled parking spots |
| 3. | 3:17-cv-06816-EDL<br>(Sebastopol Hotel, LLC) | No access to swimming pool | Add access to swimming pool |
| 4. | 4:17-cv-06169-DMR<br>(Urban Commons Bayshore) | Inability reserve ADA room via website | Modify website to enable reservation of ADA rooms |
| 5. | 3:17-cv-06175-WHO<br>(Pancholy Ranjeet Trust, et al.) | Inability reserve ADA room via website | No remediation. |
| 6. | 5:17-cv-06813-NC<br>(Mistry & Sons LLC) | Inability reserve ADA room via website | Modify website to enable reservation of ADA rooms[1] |
| 7. | 4:17-cv-06176-DMR<br>(San Francisco Airport South TL LP) | Inability reserve ADA room via website | Modify website to enable reservation of ADA rooms |
| 8. | 3:17-cv-06165-EDL<br>(Jack Giusto, et al.) | Inability reserve ADA room via website | No remediation. |
| 9. | 3:17-cv-06163-MEJ<br>(SRK Motel, Inc.) | Inability reserve ADA room via website | Modify website to enable reservation of ADA rooms |
| 10. | 3:17-cv-06162-SK<br>(Rajeshkumar Patel) | Inability reserve ADA room via website | Still pending signatures. |
| 11. | 3:17-cv-06035-EDL<br>(Keshava LLC) | Inability reserve ADA room via website | Modify website to enable reservation of ADA rooms. |
| 12. | 4:17-cv-06032-MEJ<br>(584 14th Street) | Inability reserve ADA room via website. | Modify website to enable reservation of ADA rooms. |
| 13. | 3:17-cv-06033-JCS<br>(Krupa LLC) | Inability reserve ADA room via website. | Modify website to enable reservation of ADA rooms. |
| 14. | 3:17-cv-05377-JSC<br>(Prabhaben Patel) | Insufficient number of disabled parking spots. | Installation of additional parking spots. |
| 15. | 4:17-cv-05637-KAW<br>(Berkeley City Club) | Inability reserve ADA room via website. | Modify website to enable reservation of ADA rooms. |
| 16. | 3:17-cv-05636-MEJ<br>(Claremont Hotel Properties) | Lobby loading zone. | Removal of barrier at lobby loading zone. |
| 17. | 3:17-cv-05376-CRB<br>(Bharat Patel) | Curb precluding entry to lobby. | Installation of access aisle/cut-out. |
| 18. | 4:17-cv-05375-DMR<br>(Hiten Patel) | Insufficient number disabled parking spots and improper parking signage. | Overall ADA compliance at hotel with parking specifically contemplated. |
| 19. | 3:17-cv-05374-EDL<br>(Fanishwar Inc.) | Insufficient number disabled parking spots and improper parking signage. | Overall ADA compliance at hotel with parking specifically contemplated. |
| 20. | 3:17-cv-05327-SK<br>(BRE Newton Hotels) | No disability access for pool. | Add access to swimming pool. |
| 21. | 4:17-cv-05325-KAW<br>(Anil Patel) | No disability access for pool. | Overall ADA compliance at hotel with pool access specifically contemplated. |

---

[1] Ninety-day remediation period.

| | Case No.<br>(Defendant Name) | Barrier for which<br>Injunctive Relief Sought | Injunctive Relief<br>Settled |
|---|---|---|---|
| 22. | 4:17-cv-05324-KAW<br>(Nilesh Patel) | No disability access for pool. | Overall ADA compliance at hotel with pool access specifically contemplated. |
| 23. | 4:17-cv-05328-KAW<br>(P&M Ventures Inc.) | No disability access for pool. | Add access to swimming pool. |
| 24. | 4:17-cv-04943-DMR<br>(Richmond Hotel Development) | Negligence. | No remediation. |
| 25. | 5:17-cv-04529-SVK<br>(Kashi Ji LLC) | No disability access for pool. | Add access to swimming pool. |
| 26. | 3:17-cv-04706-SK<br>(Somabhai Patel) | No disability access for pool. | Add access to swimming pool. |
| 27. | 3:17-cv-04735-SK<br>(Prakash Patel) | No disability access for pool. | Add access to swimming pool. |
| 28. | 3:17-cv-04704-MEJ<br>(RBM Investments, LLC) | No disability access for pool. | Provision of signage allowing for disabled person to seek assistance from hotel staff. |
| 29. | 3:17-cv-04703-SK<br>(Arkay Properties LP) | No disability access for pool. | Add access to swimming pool. |
| 30. | 3:17-cv-04538-SK<br>(GF Carneros Inn LLC) | No disability access for pool. | Add access to swimming pool. |
| 31. | 4:17-cv-04540-DMR<br>(Wine Country Hospitality LLC) | No disability access for pool. | ADA access to swimming pool pending expert reports on achievability. |
| 32. | 4:17-cv-04530-KAW<br>(Krug Development) | No disability access for pool. | ADA access to swimming pool pending Casp reports on achievability. |
| 33. | 3:17-cv-04531-MEJ<br>(Marin Suites Hotel) | Inability reserve ADA room via website. | Modify website to enable reservation of ADA rooms. |
| 34. | 4:17-cv-04526-KAW<br>(American Motel, Inc.) | No disability access for pool. | Add access to swimming pool. |
| 35. | 3:17-cv-04537-EDL<br>(Santa Rosa Motel Co.) | Inability reserve ADA room via website. | Modify website to enable reservation of ADA rooms. |
| 36. | 3:17-cv-04525-EDL<br>(855 Fountaingrove Parkway Assoc.) | No disability access for pool. | Draft agreement initially contemplated adding access to the swimming pool. However, during negotiation of agreement, the Santa Rosa fires destroyed the hotel. Defense counsel advised that Defendant may not rebuild, and therefore the parties agreed that emediation would not be necessary. |
| 37. | 3:17-cv-04528-SK<br>(Inn Marin Associates) | No disability access for pool. | Modify website to enable reservation of ADA rooms. |
| 38. | 3:17-cv-04527-LB<br>(Chao-Lun Ma Trust) | No disability access for pool. | Attempting to locate settlement agreement. |
| 39. | 3:17-cv-04536-JSC<br>(San Rafael Hillcrest) | No ADA rooms similar to non-ADA rooms. | Installation of ADA rooms with patios. |
| 40. | 4:17-cv-04539-KAW<br>(Stephen Pasquan) | Inability reserve ADA room via website. | Modify website to enable reservation of ADA rooms. |

| | Case No. (Defendant Name) | Barrier for which Injunctive Relief Sought | Injunctive Relief Settled |
|---|---|---|---|
| 41. | 4:17-cv-04535-DMR (RTRN Investment) | Improper disabled parking signage and inability reserve ADA room via website. | Modify website to enable reservation of ADA rooms. |
| 42. | 3:17-cv-04534-JSC (PRZM) | Barriers at hotel lobby loading zone and inability reserve ADA room via website. | Modify website to enable reservation of ADA rooms. |
| 43. | Jointly resolved cases: 5:17-cv-03881-SVK (Green Valley Corp.) / 3:17-cv-03277-SK (Green Valley Enterprises) | No disability access for pool. | Add access to swimming pool. |
| 44. | 5:17-cv-03877-NC (Asstik Corp.) | Insufficient number disabled parking spots. | Addition of disabled parking spots. |
| 45. | 4:17-cv-03878-KAW (Concept Hotel Group) | Stairs leading to all lodging rooms. | Remediate overall ADA compliance at hotel. |
| 46. | 3:17-cv-03880-EDL (SFO Good-Nite Inn LLC) | No disability access for pool. | Add access to swimming pool. |
| 47. | 3:17-cv-03879-JSC (Oliver Companies) | No disability access for pool. | Add access to swimming pool. |
| 48. | 3:17-cv-03280-EDL (Reno Motel Investments) | No Jacuzzi suite rooms that are ADA accessible. | Bring Jacuzzi suites into compliance with ADA. |
| 49. | 4:17-cv-03257-KAW (Bhas Inc.) | No compliant lobby loading zone access-aisle. | Affix sign at lobby entrance directing disabled guests of ramp leading to lobby. |
| 50. | 3:17-cv-03254-EDL (Guida, et al.) | Improper number of disabled parking spots. | Attempting to locate settlement agreement. |
| 51. | 3:17-cv-03274-EDL (Bridgepointe Hotel Group) | No disability access for pool. | Add access to swimming pool. |
| 52. | 3:17-cv-03275-MEJ (Coyote Point Inn) | No disability access for pool. | Add access to swimming pool. |
| 53. | 5:17-cv-03052-HRL (Pasatiempo Investments LP, et al.) | No disability access for pool. | Add access to swimming pool. |
| 54. | 5:17-cv-03050-NC (Pasatiempo Investments LP) | No disability access for pool. | Add access to swimming pool. |
| 55. | 5:17-cv-03048-HRL (Ocean Pacific Lodge) | No disability access for pool. | Attempting to locate settlement agreement. |
| 56. | 5:17-cv-03045-HRL (Continental Inn) | No disability access for pool. | Attempting to locate settlement agreement. |
| 57. | 5:17-cv-03044-SVK (Bhagubhai Patel) | No disability access for pool. | No remediation. |
| 58. | 5:17-cv-03282-HRL (Aspromonte Hotels) | No disability access for pool. | Add access to swimming pool. |
| 59. | 5:17-cv-02871-BLF (Amba LLC) | No disability access for pool and inability to book ADA room via website. | Attempting to locate settlement agreement. |
| 60. | 5:17-cv-02872-HRL (HPTSHC Properties) | No disability access for pool. | Add access to swimming pool. |
| 61. | 5:17-cv-02873 (Rameshchandra Mistry, et al.) | No disability access for pool. | Add access to swimming pool. |
| 62. | 5:17-cv-02874-HRL (Ram DHNV) | No disability access for pool. | Add access to swimming pool. |

| | Case No.<br>(Defendant Name) | Barrier for which<br>Injunctive Relief Sought | Injunctive Relief<br>Settled |
|---|---|---|---|
| 63. | 5:17-cv-02875-NC<br>(Rati LLC) | No disability access for pool. | Attempting to locate settlement agreement. |
| 64. | 5:17-CV-02876-HRL<br>(Rohit Corp.) | No disability access for pool. | Attempting to locate settlement agreement. |
| 65. | 5:17-cv-02877-HRL<br>(Selvi-Vidovich, LLC) | No disability access for pool. | Attempting to locate settlement agreement. |
| 66. | 5:17-cv-02910-SVK<br>(Torres Enterprises) | No disability access for pool. | Attempting to locate settlement agreement. |
| 67. | 5:17-cv-02878-HRL<br>(UB Properties Series 3) | No disability access for pool. | Add access to swimming pool. |
| 68. | 5:17-cv-02879-HRL<br>(Symbian International LLC) | No disability access for pool. | Attempting to locate settlement agreement. |

1

**TABLE 2**

2

*In Camera* **List of Attorney's Fees and Costs for Voluntary Dismissals**

3

4

5

6

7

8

9

# FOR IN CAMERA REVIEW

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28