UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>RK INVESTMENT PROPERTIES INC.,<br><br>    Defendant. | Case No. 17-cv-06034-WHO<br><br>**ORDER TO SHOW CAUSE** |

Defendant is ORDERED TO SHOW CAUSE to explain why the default judgment requested by plaintiff (Dkt. No. 12-2) should not be entered in this case. The response to this Order to Show Cause shall be filed on or before **March 21, 2018**.

Plaintiff's counsel shall *personally serve* this Order to Show Cause (as well as the motion for default judgment and the proposed order thereon) on defendant. Plaintiff's counsel shall also make at least two attempts, on separate dates, to call and speak on the phone with an owner or manager of RK Investment Properties, Inc. dba the Imperial Inn to advise defendant of this Order to Show Cause and the pending motion for entry of default judgment. Personal service shall be completed by February 21, 2018 and the phone calls shall be made by February 28, 2018.

On or before March 14, 2018, plaintiff's counsel shall file a declaration confirming that personal service was made and describing the attempts and results of the phone calls.

After March 14, 2018, the motion for entry of default judgment will be taken under submission and no further briefing or action will be required unless I order otherwise.

**IT IS SO ORDERED.**

Dated: February 7, 2018

William H. Orrick
United States District Judge