Peter Kristofer Strojnik, State Bar No. 242728
strojnik@skplaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>RK INVESTMENT PROPERTIES INC.,<br><br>Defendant. | Case No: 3:17-cv-06034-MEJ<br><br>**NOTICE OF SETTLEMENT** |

Please take notice that the above case has settled. The parties have resolved all pending issues before the Court. The parties have partially memorialized the terms of the settlement, and 60 days is the deadline for consideration. This deadline will not change. Plaintiff therefore asks, in light of this timeframe and because of Defendant's past reluctance to comply with deadlines, that Plaintiff be provided with 75 days to file a Notice of Dismissal With Prejudice. Plaintiff also respectfully asks that the Order to Show Cause for Defendant to appear be vacated with the condition that it be re-ordered if the case is not dismissed in 75 days. Plaintiff makes these humble requests while of course deferring to the Court's best judgment.

RESPECTFULLY SUBMITTED this 18th day of March, 2018.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff