UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>RK INVESTMENT PROPERTIES INC.,<br><br>    Defendant. | Case No. 17-cv-06034-WHO<br><br>**ORDER REOPENING CASE AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 23 |

On March 21, 2018, I conditionally dismissed this action, but required plaintiff's counsel to file a notice by April 10, 2018 "identifying the injunctive relief provisions of the settlement; namely, what defendant has done or agreed to do to resolve the underlying alleged ADA violation and when those actions took place/must take place." Dkt. No. 23. I warned plaintiff that if "plaintiff fails to file the required notice within 20 days of the date of this Order or the response is found to be inadequate, the cause shall be restored to the calendar for further proceedings."

As of today's date, plaintiff's counsel has not filed the required notice. Therefore, this cause is restored to the docket and plaintiff's counsel is ORDERED TO SHOW CAUSE by submitting the required notice on or before April 24, 2018. Plaintiff's counsel shall also explain by declaration, on or before April 24, 2018, why he failed to file the notice on time.

If the required notice is not filed by that date, or if I find plaintiff's counsel's explanation for his failure to file the notice on time unsatisfactory, I may impose sanctions for plaintiff's failure to comply with a court order.

**IT IS SO ORDERED.**

Dated: April 17, 2018

William H. Orrick
United States District Judge