Peter K. Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM L.L.C.**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>RK INVESTMENT PROPERTIES INC., a California corporation dba Imperial Inn,<br><br>Defendant. | Case No: 3:17-cv-06034-WHO<br><br>**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DOC. 24 ORDER TO SHOW CAUSE** |

    On the date below written, Defendant's counsel sent to Plaintiff's counsel a fully executed copy of the Settlement Agreement. Exhibit 1. Because of the history of this case, Plaintiff respectfully asks that the Court maintain jurisdiction until the earlier of (a) March 7, 2019 (date certain for remediation), or (b) Plaintiff notifies the Court that Defendant has performed the remediation provisions contained in Paragraph 2 of Exhibit 1.

RESPECTFULLY SUBMITTED this 20th day of April, 2018.

**THE STROJNIK FIRM LLC**



By _____
      Peter K. Strojnik (242728)
      2415 East Camelback Road, Suite 700
      Phoenix, Arizona 85016
      Attorneys for Plaintiff