UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>RK INVESTMENT PROPERTIES INC.,<br><br>    Defendant. | Case No. 17-cv-06034-WHO<br><br>**ORDER DISMISSING CASE UPON SETTLEMENT AND EXTINGUISHING OSC**<br><br>Re: Dkt. No. 27 |

Plaintiff has, pursuant to my prior Orders, submitted proof of a signed settlement agreement and detailed the injunctive relief provisions she secured in settlement. Dkt. Nos. 25, 27. This case, therefore, is DISMISSED.

However, I will retain jurisdiction to enforce the terms of the settlement agreement and if defendant does not satisfy the injunctive relief provisions by March 7, 2019, plaintiff may move to reopen the case.

**IT IS SO ORDERED.**

Dated: April 23, 2018

William H. Orrick
United States District Judge